■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM SCHNEIDER, Appellant. [706 NYS2d 626] —Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered September 15, 1997, convicting defendant, upon his plea of guilty, of assault in the first degree, and sentencing him to a term of 4 to 8 years, unanimously affirmed.

Although defendant's warrantless home arrest violated *Payton v New York* (445 US 573), the record of the suppression hearing provides ample support for the hearing court's finding that defendant's statements and the lineup identification were sufficiently attenuated from the *Payton* violation (*see, People v Harris*, 77 NY2d 434; *People v Major*, 215 AD2d 779, *lv denied* 86 NY2d 797; *People v Ramos*, 206 AD2d 260, 262-263).

We perceive no abuse of sentencing discretion. Concur—Rosenberger, J. P., Williams, Tom and Mazzarelli, JJ.

■ CENTURY BUSINESS CREDIT CORPORATION, Appellant-Respondent, v IRIS GOSIN, Defendant, and HOWARD GOSIN, Respondent-Appellant. [706 NYS2d 627] —Order, Supreme Court, New York County (Barry Cozier, J.), entered July 19, 1999, which granted defendant Howard Gosin's motion to vacate the default judgment entered against him, unanimously affirmed, without costs.

The motion court properly vacated defendant's default in answering the complaint upon a sufficient showing of a reasonable excuse and meritorious defenses (CPLR 5015 [a] [1]). Concur—Rosenberger, J. P., Williams, Tom and Mazzarelli, JJ.